**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | |
|---|---|
| **YETI Coolers, LLC,** | |
| **Plaintiff,** | |
| **v.** | **Civil Action No. 1:18-cv-00633-RP** |
| **Sutter's Mill Specialties, Inc.,** | |
| **Defendant.** | |

## <u>DEFENDANT'S RULE 7.1 DISCLOSURE STATEMENT</u>

Defendant Sutter's Mill Specialties, Inc. states that it has no parent corporation and that no publicly held corporation owns 10% or more of its stock.

August 17, 2018

Respectfully submitted,

Steven Callahan
  Texas State Bar No. 24053122
  scallahan@ccrglaw.com
**CHARHON CALLAHAN**
**ROBSON & GARZA, PLLC**
3333 Lee Parkway, Suite 460
Dallas, Texas 75219
Telephone: (214) 521-6400
Telecopier: (214) 764-8392

*Counsel for Defendant*
*Sutter's Mill Specialties, Inc.*

1

# CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was filed electronically pursuant to Local Rule CV-5(a)(1) on August 17, 2018. The Court's CM/ECF system will send notification of such filing to the following:

John A. Webb, Jr.
Banner & Witcoff, Ltd.
Ten South Wacker Drive #3000
Chicago, IL 60606-7407
312-463-5000
Fax: 312-463-5001
Email: jwebb@bannerwitcoff.com

Michael L. Krashin
Banner & Witcoff, Ltd.
Ten South Wacker Drive #3000
Chicago, IL 60606-7407
312-463-5000
Fax: 312-463-5001
Email: mkrashin@bannerwitcoff.com

Sean J. Jungels
Banner & Witcoff, Ltd.
Ten South Wacker Drive #3000
Chicago, IL 60606
312-463-5000
Fax: 312-463-5001
Email: sjungels@bannerwitcoff.com

Joseph J. Berghammer
Banner & Witcoff, Ltd.
Ten South Wacker Drive, Suite 3000
Chicago, IL 60606
(312) 463-5000
Fax: (312) 463-5001
Email: jberghammer@bannerwitcoff.com

Pursuant to Section 15(a) of the Electronic Filing Procedures, the Notice of Electronic Filing generated by the Court's electronic filing system constitutes service of the document on those registered as Filing Users. *See* L.R. CV-5(b)(1).

STEVEN CALLAHAN