# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | |
|---|---|
| YETI Coolers, LLC,<br><br>　　Plaintiff,<br><br>　　v.<br><br>Sutter's Mill Specialties, Inc. d/b/a LXG, Inc.,<br><br>　　Defendant. | Case No. 1:18-cv-00633-RP<br><br>Honorable Robert L. Pitman<br><br>Jury Trial Demanded |

## JOINT MOTION FOR ENTRY OF CONSENT JUDGMENT

Plaintiff, YETI Coolers, LLC ("YETI") and Defendant, Sutter's Mill Specialties, Inc. d/b/a LXG, Inc. ("Sutter's Mill"), respectfully move this Court to enter the Consent Judgment that has been signed by YETI and Sutter's Mill and is submitted as Exhibit A to this motion. YETI and Sutter's Mill have reached a settlement agreement pursuant to which they have agreed upon entry of the proposed Consent Judgment, subject to the Court's approval.

Dated: September 20, 2018

Respectfully submitted,

By: /s/ Michael L. Krashin

Joseph J. Berghammer (admitted in the Western District of Texas)
Illinois Bar No. 6273690
jberghammer@bannerwitcoff.com
Michael L. Krashin (admitted *pro hac vice*)
Illinois Bar No. 6286637
mkrashin@bannerwitcoff.com
Sean J. Jungels (admitted in the Western District of Texas)
Illinois Bar No. 6303636
sjungels@bannerwitcoff.com
John A. Webb, Jr. (admitted *pro hac vice*)
Illinois Bar No. 6321695
jwebb@bannerwitcoff.com

By: /s/ Steven Callahan (by permission)

Steven Callahan
Texas State Bar No. 24053122
scallahan@ccrglaw.com
CHARHON CALLAHAN
ROBSON & GARZA, PLLC
3333 Lee Parkway, Suite 460
Dallas, Texas 75219
Telephone: (214) 521-6400
Telecopier: (214) 764-8392

**ATTORNEYS FOR SUTTER'S MILL SPECIALTIES, INC. D/B/A LXG, INC.**

Banner & Witcoff, Ltd.
Ten South Wacker Drive
Suite 3000
Chicago, IL 60606-7407
Telephone: (312) 463-5000
Facsimile: (312) 463-5001

**ATTORNEYS FOR YETI COOLERS, LLC**

## CERTIFICATE OF SERVICE

I hereby certify on September 20, 2018, I caused the foregoing document to be electronically filed with the Clerk of the Court pursuant to the Electronic Filing Procedures and using the CM/ECF system, and that a true and correct electronic copy was thereby caused to be served on counsel for Defendant.

*/s/ Michael L. Krashin*
FOR YETI